IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WARREN OLIVER,

    Plaintiff,

v.                                                      CASE NO. 5:13-cv-218-RS-GRJ

CUSS, et al.,

    Defendants.

_____/

## **REPORT AND RECOMMENDATION**

Plaintiff initiated this case by filing a *pro se* civil rights complaint pursuant to 28 U.S.C. § 1983, which was docketed on June 7, 2013. (Doc. 1). A review of the complaint discloses that it is <u>identical</u> to the complaint currently pending in *Oliver v. Cuss*, Doc. 1, Case No. 5:13-cv-209-WS-GRJ (N.D. Fla. Mar. 1, 2013). That complaint was docketed June 7, 2013 and the Court has directed Plaintiff to amend on this Court's forms and either pay the filing fee or move to proceed as a pauper. (*Id.* at Doc. 3.)

"As part of its general power to administer its docket, a district court my stay or dismiss a suit that is duplicative of another federal court suit." *Curtis v. Citibank,* 226 F.3d 133, 138 (2d Cir. 2000). Furthermore, in the federal court system, "the general principle is to avoid duplicative litigation." *Colorado River Water Conservation Dist. v. United States,* 424 U.S. 800, 817 (1976). "[T]he general rule is that a suit is duplicative of another suit if the parties, issues and available relief do not significantly differ between the two actions." *I.A. Durbin, Inc. v. Jefferson Nat'l Bank,* 793 F. 2d 1541,

1551 (11th Cir. 1986). "[S]imple dismissal of the second suit is [a] common disposition because plaintiffs have no right to maintain two actions on the same subject in the same court, against the same defendant at the same time." *Curtis,* 226 F.3d at 138-139.

Plaintiff is proceeding in two cases on identical complaints. This second case should be dismissed as duplicative, pursuant to the Court's general power in managing its docket. *See also* Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co.,* 370 U.S. 626, 629-32 (1961).

Accordingly, it is respectfully **RECOMMENDED** that:

1. This case be **DISMISSED WITH PREJUDICE** as duplicative.

2. Plaintiff's motion for leave to proceed *in forma pauperis*, (Doc. 2) be **DENIED**.

3. Plaintiff is advised that his case will proceed under Case No. 5:13-cv-209-WS GRJ, and he currently has until on or before July 12, 2013 to amend his complaint and either pay the filing fee or move for leave to proceed as a pauper. Nothing in this Report and Recommendation or any Order adopting the Report and Recommendation changes his obligations in Case No. 5:13-cv-209-WS-GRJ.

**IN CHAMBERS** this 24th day of June 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**