# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**WARREN OLIVER,**

        **Plaintiff,**

v.                                  **CASE NO. 5:13-cv-218-RS-GRJ**

**CUSS, et al.,**

        **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 4) and Plaintiff's Objection to Recommendation (Doc. 5). I have reviewed Plaintiff's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED with prejudice** as duplicative.

3. Plaintiff is advised that his case will proceed under Case No. 5:13-cv-209-WS-GRJ. He has filed his amended complaint and moved to proceed as a pauper in that action, as required, and that case remains pending. Plaintiff should file all future documents in that case.

4. The Clerk is directed to close this case.

**ORDERED** on July 15, 2013.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**